## CURTIS *vs.* RICHARDS.

*Twelfth Judicial District Court, May,* 1857.

### UNDERTAKING.

A bond executed by the sureties, without the principal, is good and valid.

This action was brought on an undertaking executed by the defendants on an appeal to the Supreme Court from a judgment recovered by the plaintiff against David Scannell, in the Superior court of the City of San Francisco. The complaint alleged the recovery of said judgment, the bringing of the appeal, the affirmance of the judgment, &c. The defendants answered by saying they had not any sufficient knowledge or information to form a belief, as to whether the proceedings were had on the appeal or the judgment affirmed, &c.; and they therefore denied the same. Also, alleged if any such judgment was recovered, it was void. Also, that the paper alleged to have been signed by them was insufficient, and without any legal consideration. It appears that Scannell did not execute the undertaking.

The plaintiff demurred to the answer—

1st. Because it did not admit or deny the allegations in the complaint, either positively or from information and belief.

2d. That the defendants were bound either to admit or deny positively the undertaking set up, as that was within their personal knowledge.

*Mastick & Simons*, for plaintiff.

*J. H. Wells*, for defendant.

NORTON, J.—I hold the demurrer well taken, and decree judgment for the plaintiff on the grounds stated in said demurrer,—that a bond executed by sureties without the joining of the principal, is good and valid.